

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-17-00674-CV

Christopher Todd **RUST**,
Appellant

v.

Aslynn Tanis **RUST**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-470
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time in which to file rehearing. Appellant requests an additional sixty days in which to file appellant's motion for rehearing. We **GRANT IN PART** appellant's motion. Appellant's motion for rehearing is due on or before **November 18, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court